IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FREDDIE LEE BELL, #134318          *

    plaintiff,                    *   CIVIL ACTION NO. 2:07-CV-111-MEF

                                  *

VS.                                *

RICHARD ALLEN, et al.,             *

    defendants.                    *

                                  *

## MOTION FOR EXSTENSION OF TIME

Comes now, the plaintiff, Freddie Lee Bell pro se, pursuant to this honorable court's order dated 2/07/2007 ordering the plaintiff(s) in the above civil action case number, to file with this court, in forma pauperis accompanied by a prison account statement from the account clerk. The department of correction are not in compliance when it comes to us inmates asking for an account read out. So the plaintiff humbly ask this honorable court for more time in hopes that the (DOC) will allow us inmates to receive our account read out.

                                              _____
                                              FREDDIE LEE BELL #134318

DONE THIS _16th_ DAY OF _February_ 2007.

FREDDIE LEE BELL #134318
A.I.S.# 134318
FOUNTAIN 3800
ATMORE, AL. 36503



36101+0711

DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT
OF ALABAMA
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

UNITED STATES POSTAGE
02 1A
0004309410  FEB 16 2007
MAILED FROM ZIP CODE 36502
$ 00.39⁰
PITNEY BOWES