IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDDIE LEE BELL, #134318, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-111-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on February 20, 2007 (Court Doc. No. 5), in which the plaintiff seeks an extension to submit his application for leave to proceed *in forma pauperis*, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from February 22, 2007 to and including March 14, 2007 to file an application for leave to proceed *in forma pauperis* in compliance with the directives of the order entered on February 7, 2007 (Court Doc. No. 3).

Done this 21st day of February, 2007.

       /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE