AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

RECEIVED

FREDDIE LEE BELL, 134318   District of   MIDDLE DISTRICT

2007 FEB 22 A 9:19

        Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

HACKETT, CL..
DISTRICT COURT
MIDDLE DISTRICT ALA

V.

RICHARD ALLEN, et al.,   CASE NUMBER: 2:07CV111-MEF
        Defendant

I, _____FREDDIE LEE BELL #134318_____ declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   G.K. FOUNTAIN CORR.

   Are you employed at the institution?   YES   Do you receive any payment from the institution?   NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   NOTHING.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   NOVEMVER, 2002, 1500.00 mon. EASTERN SHORE SHOE HOSPITAL, HWY. 98 DAPHNE AL.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I HAD AN INCOME TAX RETURN FROM 2002. I SENT MY RETURN TO MY WIFE AND CHILDREN TO HELP SUPPORT THEM. I WILL NOT BE EXPECTING ANY MORE MONIES AS I HAVE NOT WORKED SINCE 2002.

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

    If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

    If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    BRENDA CAVER (WIFE) DISABLE

    FREDDIE CAVER (SON) MINOR

    AARON CAVER (GRANDSON) DAUGHTER DECEASED.

I declare under penalty of perjury that the above information is true and correct.

_____  _____
Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 134318        NAME: BELL, FREDDIE L        AS OF: 02/13/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| FEB | 15 | $0.07 | $0.00 |
| MAR | 31 | $0.07 | $0.00 |
| APR | 30 | $0.07 | $0.00 |
| MAY | 31 | $0.07 | $0.00 |
| JUN | 30 | $2.79 | $20.00 |
| JUL | 31 | $0.31 | $0.00 |
| AUG | 31 | $0.31 | $0.00 |
| SEP | 30 | $0.31 | $0.00 |
| OCT | 31 | $491.84 | $1,697.73 |
| NOV | 30 | $694.87 | $0.00 |
| DEC | 31 | $381.14 | $0.00 |
| JAN | 31 | $100.63 | $0.00 |
| FEB | 13 | $0.47 | $0.00 |

Average 12 months balance        $139.41        $143.14

_____
Valeria Spates    PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS 15TH DAY OF FEBRUARY 2007.

_____, Notary Public

Freddie Lee Bell
Fountain 3800
Atmore, AL 36503

Office of the Clerk
United District Court
P.O. Box 711
Montgomery, Alabama 36101-0

LEGAL   LEGAL   LEGAL   LEGAL