CASE___2:07-cv-00111-MEF-TFM Document #:3-1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

\*

FREDDIE LEE BELL,#134318         \*  CIVIL ACTION NO: 2:07-CV-111-MEF

PLAINTIFF(S)                                       \*

                                                          \*

VS.                                                       \*

                                                          \*

RICHARD ALLEN,et al,                      \*
DEFENDANT(S)
                                                          \*


                                                          \*

AMENDMENT TO COMPLAINT

The plaintiff  FREDDIE LEE BELL #134318 , has filed with this court,
a civil action complaint pursuant to 42 usc 1983 pretaining to the
denial of good time credits based soley on the length of their sen-
tence.  The plaintiff also submitted the following issues for review.
The plaintiff  FREDDIE LEE BELL        , avers that, the Alabam Correct-
ional Incentives (CIT) time act (§14-9-41) subsection (e) code of
alabama, acts 80-446 violates the administrative procedures, violates
state constitutional requirements for passage of legislation and
Federal protection and 'due process' guaranteed in the way that it
has and still being administered by selective implentation through
the Department of Correction (DOC) classification and administrative
department.

Acts 80-446, violates Article 4, 61, of Alabama Constitution (1901)
because, an amendment to the pre-existing act, changed the original
purpose of the act.

Acts 80-446, on its face, violates the "equal protection" guarantees

of the fourth amendment, article 4, each law shall contain one sub-

ject, which shall be clearly expressed in its title.

The plaintiff(s) are categorically denied goodtime by the department

of corrections which is in violation of the legislature intent.

The plaintiff(s) are being denied goodtime soley on the length of

their sentence, and not the seriousness of their offense.

The plaintiff(s) are classified under a behavior system that aff-

ords goodtime credits.

The plaintiff(s) has been classified at onetime or another as a

class 1,2, or 3, prisoner, but has been catergorically denied good-

time incentives thats afforded by that class:

§14-9-41 reads:
(a) Each prisoner who shall hereafter be convicted of any offense
    against the laws of the State of Alabama and is confined, in
    execution of the judgement or sentence upon any conviction, in
    the penitentiary or hard labor for the county or in any mun-
    icipal jail for a definite or indeterminate term, other than
    life, whose record of conduct shows that he has faithfully ob=
    served the rules for a period of time specified by this article
    may be entitled to earn a deduction from the term of his sentence
    as follows:

(1) Seventy-five days for each 30 days actually served while the
    prisoner is classified as a Class I prisoner.

(2) Forty days for each 30 days actually served while the prisoner
    is a Class II prisoner.

(3) Twenty days for each 30 days actually served while the prisoner
    is a Class III prisoner.

(4) No good time shall accrue during the period the prisoner is
    a Class IV prisoner.

(b) Within 90 days after May 19, 1980, the Commissioner of the
Department of Corrections shall establish and publish in appro-
priate directives certain criteria not in conflict with this
article for Class I, II, III, and IV prisoner classifications.
Such classifications shall encompass consideration of the prisoner's
behavior, discipline, and work practices and job responsibilities.

(c)(1)  Class I is set aside for those prisoners who are considered trustworthy in every respect and who, by virtue of their work habits, conduct and attitude of cooperation have proven their trustworthiness. An example of a Class I inmate would be one who could work without constant supervision by security officer.

(2)  Class II is that catergory of prisoners whose job will be under the supervision of a correctional employee at all times.  Any inmate shall remain in this classification for a minimum period of six months before being eligible for Class I.

(3)  Class III is for prisoners with special assignments.  They may not receive any of the privileges of Class I and Class II inmates. Any inmate shall remain in this classification for a minimum period of three months before being eligible for Class II.

(4)  Class IV is for prisoners not yet classified and for those who are able to work and refuse, or who commit disciplinary infractions of such a nature which do not warrant a higher classification, or inmates who do not abide by the rules of the institution.  Inmates who are classified in this earning class receive no correctional incentive time.  This class is generally referred to as "flat time" or "day for day".  Any inmate shall remain in this classification for a minimum of 30 days before being eligible for Class III.

**Subsection (e) reads:**

(e)  Provided, however, no person may receive the benefits of correctional incentive time if he or she has been convicted of a class A felony or has been sentenced to life, or death, or who has received a sentence for more than 15 years in the state penitentiary or in the county jail at hard labor or in any municipal jail.  No person may be placed in Class I, if he or she has been convicted of assault where the victims of such assault suffered the permanent loss or use or permanent partial loss or use of any bodily organ or appendage. No person may be placed in Class I if he or she has been convicted of a crime involving the perpetration of sexual abuse upon the person of a child under the age of 17 years.

**80-446 reads:**

Alabama correctional Incentive time act prohibited habitual offenders

from receving any deductions from their sentence.

The 1991 amendment to this act by the Commissioner of the department

of corrections, allowed habitual offenders to receive good time credits

and reductions from their sentence against the legislative intent.

This amendment violated equal protection of the law when inmates who

were similiar situated, was not afforded incentive good time credits

based soley on the length of their sentence.

AMENDMENT TO ORIGINAL COMPLAINT

(1). The plaintiff, Freddie Lee Bell #134318 was convicted of Robbery 1st degree, in the Circuit Court of Mobile County, Alabama. The plaintiff was sentenced to 35 years.

(1). The plaintiff was found guilty of Robbery 1st degree on April 1st, 1983.

(3). The plaintiff seeks declaratory judgement against the defend-ant(s) to determine whether the defendant(s) are constitutionally in violation of §14-9-41, code of alabama, when they illegally am-ended subsection (e) to the preexsisting statute thereby conflicting with the clear legislative intent of the aforementioned statute. The plaintiff also seeks from this honorable court, an injunction to prevent the defendant(s) from further violating his constituti-onal rights as the plaintiff avers that, there is no plain, adequate and complete remedy at law that he can file to prevent this constant deprivation of his constitutional rights guaranteed him under the 14 amendment to the United States Constitution. The plaintiff avers that, the amendment of subsection (e) to the preexsisting statute §14-9-41, in 1991, has deprived him of (CIT), based soley on his length of sentence not his adjustment to institutional rules and regulations and work ethics. Subsection (e) has clearly rendered the legislative intent of §14-9-41 a nullity. The plaintiff avers that, defendant(s) has kept him in Class IV for over 24 years, not because of plaintiff's behavior while beig punished, but soley be-cause he has over 15 years, thereby violating the mandates of §14-9-41 , clearly in violation of the intent of that statute.

...there is a common question of law and facts affecting the rights of the plaintiff...Did the defendant(s) make an ex post facto law by the implentmentation of §14-9-41 subsection (e), because, it denied prisoners who was entitled to some class of reduction from their sentences to arbitrarily be denied good time against legislative intent without any penologicial reason, but based soley on the length of their sentence, thereby, literally causing a prisoner to serve more time allowed by law?

FREDDIE LEE BELL #134318

Enclosed in this complaint, are inmate summary sheets that clearly shows the Alabama Department of Corrections discriminatory use of their classification system by catergorically denying inmates deductions from their sentences base soley on the length of sentence. (Exhibits 1-6).

56044

# 1

CBR716-3

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 07/07/2005

EXHIBIT

INST:    235
CODE: CIADM

AIS: 00241627    INMATE: SANCHEZ, BERNARD    RACE: W   SEX: M

INST: 235 - HOUSTON    DORM:   OO   JAIL CR: OOOY O7M 12D

DOB: 12/20/1969   SSN: 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

ADM DT: 01/12/2005 DEAD TIME: OOOY OOM O?D

ADM TYP: NEW COMIT FROM CRT W/O REV OF    STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: OTW-2    CURRENT CUST DT: 01/12/2005   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS I    CURRENT CLASS DATE:   03/30/2005
INMATE IS EARNING : EARNS 75 DAYS FOR EACH 30 SERVED;

| COUNTY | SENT DT | CASE NO | CRIME | JL-CR | TERM |
|--------|---------|---------|-------|-------|------|
| HOUSTON | | N04001555 | | 02220 | CS |

ATTORNEY FEES : $001000    HABITUAL OFFENDER : N
COURT COSTS   : $0000327    FINES : $0025000   RESTITUTION : $0002700

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | GOOD TIME REV | LONG DATE |
|-----------|-----------|---------------|---------------|-----------|
| | 10/13/2007 | OOOY 11M 17D | OOOY OOM OOD | 05/2?/201? |

INMATE LITERAL:

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

#2

ALABAMA DEPARTMENT OF CORRECTIONS                    INST:   002
INMATE SUMMARY AS OF 12/08/2006                      CODE: CORVK

CBR716-3

*******************************************************************

AIS: 00134318S    INMATE: BELL, FREDDIE L              RACE:  B   SEX:  M

INST: 002 - FOUNTAIN CORRECTIONAL CENTER      DORM:  00   JAIL CR: 000Y 03M 15D

DOB: 09/09/1961   SSN: 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

ALIAS: "LEE-LEE",                    ALIAS: BELL, FREDDIE LEE

ALIAS: BELL, FREDRICK _              ALIAS: BELL, HARVEY

ALIAS: BELL, HARVEY JAMES

ADM DT: 04/09/1984 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: PAROLE REVOKED

CURRENT CUST: MED-9   CURRENT CUST DT: 03/27/2003   PAROLE REVIEW DATE: AUG 2009

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:   03/16/1984
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY        SENT DT  CASE NO  CRIME                JL-CR      TERM
MOBILE        03/16/84 N83000268 ROBBERY I           0105D 035Y 00M 00D CS

 TOTAL TERM       MIN REL DT      GOOD TIME BAL      GOOD TIME REV     LONG DATE
035Y 00M 00D      11/30/2018      000Y 00M 00D       000Y 00M 00D      11/30/2018

INMATE LITERAL:
*******************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*******************************************************************

ESCAPEE-PAROLE SUMMARY

PAROLED FRM  045:01/10/94 RVK:03/24/99 DELQ:04/01/96 RECAP:03/05/96 RTN:04/03/96

REINSTATED   050:09/03/96 RVK:03/24/99 DELQ:09/08/98 RECAP:02/07/98 RTN:02/03/99

PAROLED FRM  050:11/29/99 RVK:02/19/03 DELQ:01/13/03 RECAP:12/30/02 RTN:01/13/03

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
*******************************************************************

DISCIPLINARY/CITATION SUMMARY

   >> CITATION: 11/30/2006                    CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 002   RULE NUMBER: 57
   RETAINED DAYS: 0000    SEQ #: 04   RULE LIT: INSUBORDINATION

CONTINUED ON NEXT PAGE

```
                    ALABAMA DEPARTMENT OF CORRECTIONS          INST:   002
                     INMATE SUMMARY AS OF 12/08/2006           CODE: CDRVK
CBR716-3


***************************    CONTINUATION    ****************************


AIS: 00134318S    INMATE: BELL, FREDDIE L             RACE: B  SEX: M

***************************************************************************

DISCIPLINARY/CITATION SUMMARY

   >> CITATION: 05/28/1996                         CUST FROM QUR9 TO QUR9
      CITATION TYPE: BEHAVIOR CITATION      AT INST: 069    RULE NUMBER: 85
      RETAINED DAYS: 0000    SEQ #: 03    RULE LIT: VIOLATION OF INSTIT. RULES OR REG

   >> DISCIPLINE: 01/27/1992  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
      DISCIPLINE TYPE: MAJOR                   AT INST: 045    RULE NUMBER: 35
      RETAINED DAYS: 0000   SEQ #: 02    RULE LIT: FIGHTING WITHOUT A WEAPON

   >> DISCIPLINE: 05/18/1987  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
      DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 64
      RETAINED DAYS: 0000   SEQ #: 01    RULE LIT: POSSESSION OF CONTRABAND
```

**#3**

```
                    ALABAMA DEPARTMENT OF CORRECTIONS          INST:   048
                     INMATE SUMMARY AS OF 05/25/2005          CODE: CORVK
CB2716-3


*******************************************************************************

AIS: 00143389    INMATE: STALLWORTH, GEORGE MATTHEW      RACE: B  SEX: M

INST: 048 - ATMORE COMM WORK CENTER        DORM:  00  JAIL CR: 000Y 04M 17D

DOB: 05/30/1965  SSN: 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

ALIAS: STALLWORTH, GEORGE

ADM DT: 04/01/1986 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR      STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MIN-9   CURRENT CUST DT: 02/15/2001  PAROLE REVIEW DATE: NOV 2006

SECURITY LEVEL: (2) TWO

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:   08/26/1987
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME
                                                       JL-CR      TERM
COUNTY        SENT DT  CASE NO  CRIME                 # 0137D 003Y 00M 00D CS
BALDWIN     03/14/86 N84000285 ASSAULT I
                               ATTEMPT TO COMMIT
            ATTORNEY FEES : $000000      HABITUAL OFFENDER : Y
                                                      0136D 030Y 00M 00D CS
BALDWIN     03/14/86 N86000052 BURGLARY I
            ATTORNEY FEES : $000000      HABITUAL OFFENDER : Y
ELMORE      12/22/93 N93000369 PROM PRISON CNTRBND II # 0000D 001Y 00M 00D CC
                               5YRS PROB
            ATTORNEY FEES : $000250      HABITUAL OFFENDER : Y
            COURT COSTS   : $0000185     FINES : $0000000   RESTITUTION : $0000050
BARBOUR     08/01/97 N97000101 PROMOTING PRISON CONTRABAN  0000D 000Y 06M 00D CS
                               PROB UNDETERMINED
            ATTORNEY FEES : $000250      HABITUAL OFFENDER : Y
            COURT COSTS   : $0000263     FINES : $0000000   RESTITUTION : $0000050

   TOTAL TERM       MIN REL DT      GOOD TIME BAL    GOOD TIME REV    LONG DATE
  033Y 05M 00D     02/26/2018       000Y 00M 00D     000Y 00M 00D    04/26/2019

INMATE LITERAL:
*******************************************************************************

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS*********************
*******************************************************************************

ESCAPEE-PAROLE SUMMARY

     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS



                          CONTINUED ON NEXT PAGE
```

```
                      ALABAMA DEPARTMENT OF CORRECTIONS          INST:   048
CBR716-3              INMATE SUMMARY AS OF 05/25/2005            CODE: CDRVK


************************************  CONTINUATION  ***********************************

AIS: 00143389     INMATE: STALLWORTH, GEORGE MATTHEW        RACE: B  SEX: M

****************************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
****************************************************************************************

DISCIPLINARY/CITATION SUMMARY

 >> DISCIPLINE: 05/25/2005  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
    DISCIPLINE TYPE: MAJOR                   AT INST: 048    RULE NUMBER: 68
    RETAINED DAYS: 0000    SEQ #: 39   RULE LIT: THEFT/DAMAGE/DESTRUCT. OF OTHER'S

 >> DISCIPLINE: 05/25/2005  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
    DISCIPLINE TYPE: MAJOR                   AT INST: 048    RULE NUMBER: 35
    RETAINED DAYS: 0000    SEQ #: 38   RULE LIT: FIGHTING WITHOUT A WEAPON

 >> DISCIPLINE: 04/22/2005  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
    DISCIPLINE TYPE: MAJOR                   AT INST: 048    RULE NUMBER: 57
    RETAINED DAYS: 0000    SEQ #: 37   RULE LIT: INSUBORDINATION

   >> CITATION: 03/01/2005                        CUST FROM MIN9 TO MIN9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 048    RULE NUMBER: 85
    RETAINED DAYS: 0000    SEQ #: 36   RULE LIT: VIOLATION OF INSTIT. RULES OR REG

 >> DISCIPLINE: 01/21/2005  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
    DISCIPLINE TYPE: MAJOR                   AT INST: 048    RULE NUMBER: 86
    RETAINED DAYS: 0000    SEQ #: 35   RULE LIT: BEING FIRED FROM JOB

   >> CITATION: 01/13/2005                        CUST FROM MIN9 TO MIN9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 048    RULE NUMBER: 64
    RETAINED DAYS: 0000    SEQ #: 34   RULE LIT: POSSESSION OF CONTRABAND

 >> DISCIPLINE: 04/08/2004  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
    DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 57
    RETAINED DAYS: 0000    SEQ #: 33   RULE LIT: INSUBORDINATION

 >> DISCIPLINE: 04/17/2003  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
    DISCIPLINE TYPE: MAJOR                   AT INST: 002    RULE NUMBER: 59
    RETAINED DAYS: 0000    SEQ #: 32   RULE LIT: DELAY, HINDER, OR INTERFERE WITH

 >> DISCIPLINE: 01/24/2003  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
    DISCIPLINE TYPE: MAJOR                   AT INST: 029    RULE NUMBER: 90
    RETAINED DAYS: 0000    SEQ #: 31   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

 >> DISCIPLINE: 09/06/2002  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
    DISCIPLINE TYPE: MAJOR                   AT INST: 029    RULE NUMBER: 90
    RETAINED DAYS: 0000    SEQ #: 30   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

 >> DISCIPLINE: 04/15/2002  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
    DISCIPLINE TYPE: MAJOR                   AT INST: 029    RULE NUMBER: 61
    RETAINED DAYS: 0000    SEQ #: 29   RULE LIT: DISRUPTING THE COUNT
                              CONTINUED ON NEXT PAGE
```

ALABAMA DEPARTMENT OF CORRECTIONS          INST:   048
CBR716-3                    INMATE SUMMARY AS OF 05/25/2005      CODE: CDRVK


************************          CONTINUATION     ************************

AIS: 00143389       INMATE: STALLWORTH, GEORGE MATTHEW      RACE: B   SEX: M


************************************************************************

DISCIPLINARY/CITATION SUMMARY

   >> CITATION: 02/28/2000                       CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 041    RULE NUMBER: 50
   RETAINED DAYS: 0000    SEQ #: 28    RULE LIT: BEING IN AN UNAUTHORIZED AREA

  >> DISCIPLINE: 01/18/2000  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 57
     RETAINED DAYS: 0000    SEQ #: 27    RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 12/16/1999  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 68
     RETAINED DAYS: 0000    SEQ #: 26    RULE LIT: THEFT/DAMAGE/DESTRUCT. OF OTHER'S

   >> CITATION: 11/23/1999                       CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 041    RULE NUMBER: 56
   RETAINED DAYS: 0000    SEQ #: 25    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

   >> CITATION: 11/08/1999                       CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 041    RULE NUMBER: 63
   RETAINED DAYS: 0000    SEQ #: 24    RULE LIT: DISORDERLY CONDUCT

   >> CITATION: 05/07/1999                       CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 041    RULE NUMBER: 64
   RETAINED DAYS: 0000    SEQ #: 23    RULE LIT: POSSESSION OF CONTRABAND

   >> CITATION: 05/03/1999                       CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 041    RULE NUMBER: 85
   RETAINED DAYS: 0000    SEQ #: 22    RULE LIT: VIOLATION OF INSTIT. RULES OR REG

  >> DISCIPLINE: 01/06/1999  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 56
     RETAINED DAYS: 0000    SEQ #: 21    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

  >> DISCIPLINE: 08/20/1997  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 65
     RETAINED DAYS: 0000    SEQ #: 20    RULE LIT: POSS. OF UNAUTH./UNPRESC. DRUGS/I

  >> DISCIPLINE: 05/29/1997  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 52
     RETAINED DAYS: 0000    SEQ #: 19    RULE LIT: UNAUTHORIZED POSS. OF WEAPON/DEVI

  >> DISCIPLINE: 05/27/1997  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                     AT INST: 041    RULE NUMBER: 56
     RETAINED DAYS: 0000    SEQ #: 18    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

   >> CITATION: 08/26/1996                       CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION       AT INST: 070    RULE NUMBER: 56
   RETAINED DAYS: 0000    SEQ #: 17    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

                         CONTINUED ON NEXT PAGE

```
                    ALABAMA DEPARTMENT OF CORRECTIONS          INST:  048
CBR716-3               INMATE SUMMARY AS OF 05/25/2005          CODE: CORVK


************************* CONTINUATION *************************

AIS: 00143389     INMATE: STALLWORTH, GEORGE MATTHEW        RACE: B  SEX: M

****************************************************************************

DISCIPLINARY/CITATION SUMMARY

   >> CITATION: 06/19/1996                       CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION     AT INST: 070    RULE NUMBER: 54
    RETAINED DAYS: 0000    SEQ #: 16    RULE LIT: REFUSING TO WORK/ENCOURAGING OTHE

  >> DISCIPLINE: 08/31/1995  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 070    RULE NUMBER: 35
    RETAINED DAYS: 0000    SEQ #: 15    RULE LIT: FIGHTING WITHOUT A WEAPON

  >> DISCIPLINE: 04/04/1995  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 070    RULE NUMBER: 57
    RETAINED DAYS: 0000    SEQ #: 14    RULE LIT: INSUBORDINATION

  >> DISCIPLINE: 10/17/1994  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 070    RULE NUMBER: 54
    RETAINED DAYS: 0000    SEQ #: 13    RULE LIT: REFUSING TO WORK/ENCOURAGING OTHE

  >> DISCIPLINE: 02/23/1994  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 070    RULE NUMBER: 56
    RETAINED DAYS: 0000    SEQ #: 12    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

  >> DISCIPLINE: 06/03/1993  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                   AT INST: 070    RULE NUMBER: 64
    RETAINED DAYS: 0000    SEQ #: 11    RULE LIT: POSSESSION OF CONTRABAND

  >> DISCIPLINE: 08/08/1991  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 070    RULE NUMBER: 56
    RETAINED DAYS: 0000    SEQ #: 10    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

  >> DISCIPLINE: 08/07/1990  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 070    RULE NUMBER: 56
    RETAINED DAYS: 0000    SEQ #: 09    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

  >> DISCIPLINE: 03/21/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 003    RULE NUMBER: 56
    RETAINED DAYS: 0000    SEQ #: 08    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

  >> DISCIPLINE: 03/21/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                   AT INST: 003    RULE NUMBER: 54
    RETAINED DAYS: 0000    SEQ #: 07    RULE LIT: REFUSING TO WORK/ENCOURAGING OTHE

  >> DISCIPLINE: 11/21/1986  TIME LOST: 00Y00M00D   CUST FROM MED4 TO MED4
     DISCIPLINE TYPE: MAJOR                   AT INST: 004    RULE NUMBER: 56
    RETAINED DAYS: 0000    SEQ #: 06    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO

  >> DISCIPLINE: 11/21/1986  TIME LOST: 00Y00M00D   CUST FROM MED4 TO MED4
     DISCIPLINE TYPE: MAJOR                   AT INST: 004    RULE NUMBER: 44
    RETAINED DAYS: 0000    SEQ #: 05    RULE LIT: THREATS

                        CONTINUED ON NEXT PAGE
```

ALABAMA DEPARTMENT OF CORRECTIONS          INST:   048
CBR716-3                      INMATE SUMMARY AS OF 05/25/2005          CODE: CORVK


************************************  CONTINUATION  ************************************

AIS: 00143389      INMATE: STALLWORTH, GEORGE MATTHEW          RACE: B  SEX: M

************************************************************************************

DISCIPLINARY/CITATION SUMMARY

 >> DISCIPLINE: 11/21/1986  TIME LOST: 00Y00M00D    CUST FROM MED5 TO MED5
    DISCIPLINE TYPE: MAJOR                      AT INST: 004    RULE NUMBER: 29
    RETAINED DAYS: 0000    SEQ #: 04    RULE LIT: ASSAULT ON PERSONS ASSC. WITH DOC

 >> DISCIPLINE: 11/19/1986  TIME LOST: 00Y00M00D    CUST FROM MED5 TO MED5
    DISCIPLINE TYPE: MAJOR                      AT INST: 004    RULE NUMBER: 56
    RETAINED DAYS: 0000    SEQ #: 03    RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

 >> DISCIPLINE: 10/07/1986  TIME LOST: 00Y01M12D    CUST FROM MED5 TO MED5
    DISCIPLINE TYPE: MAJOR                      AT INST: 004    RULE NUMBER: 35
    RETAINED DAYS: 0000    SEQ #: 02    RULE LIT: FIGHTING WITHOUT A WEAPON

 >> DISCIPLINE: 08/22/1986  TIME LOST: 00Y02M00D    CUST FROM MED3 TO MED5
    DISCIPLINE TYPE: MINOR                      AT INST: 004    RULE NUMBER: 57
    RETAINED DAYS: 0050    SEQ #: 01    RULE LIT: INSUBORDINATION

#64  M163

```
                          ALABAMA DEPARTMENT OF CORRECTIONS              INST:   017
CBR716-3                  INMATE SUMMARY AS OF 06/29/2005                 CODE: CRSUM
```

****************************************************************************

AIS: 00178565B    INMATE: WOODS, JAMES A              RACE: B   SEX: M

INST: 017 - RCC                         DORM:  00   JAIL CR: 001Y 04M 13D

DOB: 12/27/1973   SSN: 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            PREVIOUS AIS: P0110710

ALIAS: WOOD, JAMES AMOS          ALIAS: WOODS, JAMES

ALIAS: WOODS, JAMES AMAR         ALIAS: WOODS, JAMES LAMAR

ADM DT: 08/09/2003 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC     STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: MIN-2   CURRENT CUST DT: 06/28/2005   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS I          CURRENT CLASS DATE:   06/05/2004
INMATE IS EARNING : EARNS 75 DAYS FOR EACH 30 SERVED

```
COUNTY        SENT DT  CASE NO  CRIME                     JL-CR     TERM
HOUSTON      08/08/03 (V01000288) POSS CONTROL SUBSTANCE  00030 015Y 00M 00D CS
                               REC CONTR SU
             ATTORNEY FEES : $001970     HABITUAL OFFENDER : N
             COURT COSTS  : $0000351   FINES : $0000500  RESTITUTION : $0000310
HOUSTON      01/31/05 (N03001856) POSS MARIJUANA I        04950 015Y 00M 00D CS
             COURT COSTS  : $0000313   FINES : $0003500  RESTITUTION : $0002910
HOUSTON      01/31/05 N03001854 POSS CONTROL SUBSTANCE    04950 015Y 00M 00D CC
                               COCAINE
             COURT COSTS  : $0000361   FINES : $0003500  RESTITUTION : $0002815
HENRY        01/21/05 N03000139 POSS MARIJUANA I          00150 015Y 00M 00D CC
HENRY        11/15/04 N03000138 -TRAF COCAINE 28 - 500 GRAM 00150 015Y 00M 00D CC
             COURT COSTS  : $0000368   FINES : $0001500  RESTITUTION : $0003450
```

```
 TOTAL TERM      MIN RELI DT      GOOD TIME BAL     GOOD TIME REV      LONG DATE
030Y 00M 00D     02/19/2012       003Y 06M 00D      000Y 00M 00D      03/24/2032
```

INMATE LITERAL: SAP: REVOKED COMM CORR 4/26/05
****************************************************************************

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
****************************************************************************

ESCAPEE-PAROLE SUMMARY

     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B

CONTINUED ON NEXT PAGE

```
                        ALABAMA DEPARTMENT OF CORRECTIONS        INST:   002
CBR716-3                INMATE SUMMARY AS OF 10/25/2005          CODE: CDRVK


*************************************************************************

AIS: 00199711A    INMATE: PAYTON, CHAD ROBERT          RACE:  W   SEX: M

INST: 002 - FOUNTAIN CORRECTIONAL CENTER      DORM:  00   JAIL CR: 000Y 03M 23D

DOB: 06/21/1979   SSN: 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

ALIAS: PAYTON, CHADD ROBERT

ADM DT: 05/13/2004 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR        STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-2   CURRENT CUST DT: 07/09/2004  PAROLE REVIEW DATE: FEB 2006

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS I        CURRENT CLASS DATE:   12/09/2004
INMATE IS EARNING : EARNS 75 DAYS FOR EACH 30 SERVED

COUNTY        SENT DT  CASE NO  CRIME                     JL-CR     TERM
MOBILE        05/13/04 N03001744 POSS CONTROL SUBSTANCE   01100 005Y 00M 00D CS
              COURT COSTS  : $0001489    FINES : $0000000  RESTITUTION : $0000000
MOBILE        06/09/04 N03003938 DIST CONTROL SUBSTANCE   01130 010Y 00M 00D CC
              ATTORNEY FEES : $000250    HABITUAL OFFENDER :
              COURT COSTS  : $0000447    FINES : $0000000  RESTITUTION : $0001410

 TOTAL TERM        MIN REL DT      GOOD TIME BAL     GOOD TIME REV    LONG DATE
 010Y 00M 00D      05/15/2007      002Y 10M 10D      000Y 00M 00D     02/15/2014

INMATE LITERAL: CCW CC03-1743 NOT REC'D
*************************************************************************

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE 08SCIS RECORDING B
*************************************************************************

DISCIPLINARY/CITATION SUMMARY

   >> CITATION: 10/18/2005                    CUST FROM MED2 TO MED2
      CITATION TYPE: BEHAVIOR CITATION    AT INST: 002   RULE NUMBER: 50
   RETAINED DAYS: 0000    SEQ #: 07    RULE LIT: BEING IN AN UNAUTHORIZED AREA

   >> DISCIPLINE: 06/08/2005 TIME LOST: 00Y00M00D  CUST FROM MED2 TO MED2
      DISCIPLINE TYPE: MAJOR                 AT INST: 002   RULE NUMBER: 56
   RETAINED DAYS: 0000    SEQ #: 06   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF OO
                           CONTINUED ON NEXT PAGE
```

ALABAMA DEPARTMENT OF CORRECTIONS                    INST:    0.
INMATE SUMMARY AS OF 10/15/2002              **#6**    CODE: CRSUM

R716-3

*******************************************************************************

AIS: 00222567     INMATE: GOSSETT, CARLTON RUSSELL        RACE: W   SEX: M

INSTITUTION: 002 - FOUNTAIN CORRECTIONAL CENTER       JAIL CR: 001Y 00M 10D

DOB: 09/09/1963  SSN: 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

ALIAS: GOSSETT, CARL

ADM DT: 04/05/2002 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: MED-9    CURRENT CUST DT: 06/06/2002  PAROLE REVIEW DATE: MAR 2010

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:   04/05/2002
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY        SENT DT  CASE NO  CRIME              JL-CR      TERM
MOBILE        04/05/02 NC1002730 MURDER           0375D 020Y 00M 00D CS
              COURT COSTS  : $0000299    FINES : $0000000   RESTITUTION : $0000050

 TOTAL TERM      MIN REL DT      GOOD TIME BAL      GOOD TIME REV    LONG DATE
 020Y 00M 00D    03/24/2021      000Y 00M 00D       000Y 00M 00D     03/24/2021

INMATE LITERAL:
*******************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*******************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.B.S.C.I.S. RECORDING BEGAN IN 1978 *********************************
*******************************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS