IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

FREDDIE LEE BELL, #134318,    )
    )
    Plaintiff,    )
v.    )    CASE NO.  2:07-cv-111-MEF
    )    WO
RICHARD ALLEN, *et al.,*    )
    )
    Defendants.    )

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

1.  The plaintiff's objection (Doc. #11 ) to the Recommendation of the Magistrate

Judge filed on April 11, 2007 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #10) entered on March 30,

2007 is adopted;

3.  This case is DISMISSED prior to service of process without prejudice pursuant to

the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this the 18th day of April, 2007

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE