IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Freddie Lee Bell
PLAINTIFF(S)

VS.

RICHARD ALLEN, et al.,
DEFENDANT(S)

CIVIL ACTION NO: 2:07-CV-111-MEF

PLAINTIFF(S) NOTICE OF APPEAL

Comes now, Freddie Lee Bell, the plaintiff pro se, pursuant to the Federal rules of Appellate procedure (Fed. R. App. P.) rule 4, does hereby serve notice of the plaintiff/appellant's intention to appeal, the April 18, 2007 denial of the plaintiffs, 42 united states constitution (u.s.c.) §1983 civil rights complaint in February 2007, within the jurisdiction of this most honorable Court.

DONE ON THIS 26th DAY OF April, 2007.

CERTIFICATE OF SERVICE

I do hereby certify that on this_____day of_____, 2007, I have served a copy of the foregoing **NOTICE OF APPEAL ON THE DEFENDANTS** BY PLACING an exact copy of same in the U.S. Mail at G.K. Fountain Coprrectional Center. postage prepaid and properly addressed.

Troy King
Attorney General
11 South Union st.
Montgomery, Al. 36130

Richard Allen
Commissioner
301 South Union St.
P.O. Box 301501
Montgomery, Al. 36130-1501

Freddie L. Bell

Freddie K. Bell
Mountain 38700
Atmore, AL. 36503

**LEGAL**

36101+0711

United States District Court
Middle District of Alabama
Office of the Clerk
P.O. Box 711
Montgomery, AL. 36101-0711



UNITED STATES POSTAGE
$ 00.39⁰
PINEY BOWES
APR 26 2007
MAILED FROM ZIP CODE 36502
02 1A
000430941