IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FREDDIE L. BELL
PLAINTIFF(s),                          *        CV-07-F-111-N

                                       *
VS.                                            Appeal NO. 07-11970E

                                       *
RICHARD ALLEN et. al.,
RESPONDENTS.                           *

                                       *

## MOTION TO FORWARD RECORDS

Comes now, Freddie L. Bell, pro se, and moves this honorable court
pursuant to Rule 11(C) FRAP, to forward all records pretaining to
the above cited case number to: United States Courts of Appeals,
Eleventh Circuit, 56 Forsyth Street, N.W., Alanta Ga. 30303.


1. Original petition 1983 Civil Action Complaint.
2. Class Certification and objections.
3. Objections to magistrate recommendation.
4. Amended Complaint.
5. Journals of the senate/house.
6. Motion to Intervene and objections.
7. All 117 documents filed in the district court.
8. Preliminary Injunction/TRO.
9. Motion for Rehearing.
10. Motion to stay proceedings.

DONE THIS __30th__ DAY OF __MAY_____ 2007.


                                    _Freddie L. Bell_
                                    PLAINTIFF(S)

FREDDIE LEE BELL
A.I.S. 139318
Fountain 3800
Atmore, AL. 36503

LEGAL

36101*0711



UNITED STATES District Court
MIDDLE District of ALA.
P.O. Box 711
Montgomery, AL. 36101-0711

02 1A
0004309410
MAILED FROM ZIP CODE 36502
$00.410
MAY 31 2007
UNITED STATES POSTAGE

correspondence is forwarded
the same state prison. The
ced and re