IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-11970-E

```
                                    FILED
                          U.S. COURT OF APPEALS
                             ELEVENTH CIRCUIT
                                JUN 0 6 2007
                              THOMAS K. KAHN
                                  CLERK
```

FREDDIE LEE BELL,

                          Plaintiff-Appellant,

versus

RICHARD ALLEN, Commissioner,
BOB RILEY, Governor, et al.,

                                             Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $450 docketing and $5 filing fees ($455) (or file a CONSENT FORM authorizing such payment from the appellant's prison account pursuant to 28 U.S.C. §1915) to the clerk of the district court within the time fixed by the rules, effective this 6th day of June, 2007.

                              THOMAS K. KAHN
                              Clerk of the United States Court
                              of Appeals for the Eleventh Circuit

                              By: Gloria Powell
                              Deputy Clerk

                              FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Gloria Powell
    Deputy Clerk
    Atlanta, Georgia               ORD-40