IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDDIE LEE BELL, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-111-MEF WO |
| RICHARD ALLEN, *et al.,* | ) ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to Appeal *in forma pauperis* (Doc. #20) filed on June 15, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 17th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE