```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000993
Cashier ID: brobinso
Transaction Date: 10/29/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: FREDDIE L BELL
 Case/Party: D-ALM-2-07-CV-000111-001
 Amount:         $12.00
------------------------------------
CHECK
 Check/Money Order Num: 31569
 Amt Tendered:  $12.00
------------------------------------
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:     $0.00
```